_____

No. 96-2408
_____

Douglas V. Sherry,           *
                             *
          Appellant,         *
                             *
     v.                      *
                             *  Appeal from the United States
John E. Ryan, as Deputy and  *  District Court for the
Chief Executive Officer,     *  Western District of Missouri.
Resolution Trust Corporation, a *
Federal Government Agency;    *      [UNPUBLISHED]
William J. Everette, Program *
Manager, Minority & Woman's  *
Programs,                    *
                             *
          Appellees.         *

_____

          Submitted:  December 16, 1996

             Filed:  December 24, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Douglas V. Sherry appeals from the district court's order[1]
granting defendants' motion to dismiss for lack of subject matter
jurisdiction and for failure to state a claim in Sherry's
employment discrimination action.  After carefully reviewing the
record, and Sherry's arguments on appeal, we conclude the district
court's rulings were clearly correct, and an opinion would lack
precedential value.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Scott O. Wright, United States District Judge
for the Western District of Missouri.

A true copy.

   Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.